**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| MARCOS ROJAS-URIZAR, | No. 12-71601 |
| Petitioner, | Agency No. A095-772-364 |
| v. | |
| ERIC H. HOLDER, Jr., Attorney General, | MEMORANDUM[*] |
| Respondent. | |

On Petition for Review of an Order of the
Board of Immigration Appeals

November 19, 2013[**]

Before:     CANBY, TROTT, and THOMAS, Circuit Judges.

Marcos Rojas-Urizar, a native and citizen of Mexico, petitions for review of

the Board of Immigration Appeals' order dismissing his appeal from an

immigration judge's removal order. We have jurisdiction under 8 U.S.C. § 1252.

We review mixed questions of law and fact de novo and factual determinations

---

[*]     This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

[**]     The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

underlying this inquiry are reviewed for clear error. *United States v. Diaz-Juarez*, 299 F.3d 1138, 1140 (9th Cir. 2002). We deny the petition for review.

The agency did not clearly err in finding that the officer did not stop Rojas-Urizar solely because of his race and that legitimate, non-racial factors motivated the officer's stop. *See United States v. Manzo-Jurado*, 457 F.3d 928, 936 (9th Cir. 2006); *Diaz-Juarez*, 299 F.3d at 1142; *cf. Gonzalez-Rivera v. INS*, 22 F.3d 1441 (9th Cir. 1994).

**PETITION FOR REVIEW DENIED.**